App. Div.]    Fourth Department, June, 1913.

Frank Smith, Appellant, v. Charles Ess, Respondent.— Judgment affirmed, with costs. All concurred.

Gustav H. Poppenberg, Appellant, v. Overland-Buffalo Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

Augusta Preis, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

M. M. Fenner Company, Respondent, v. Carrie E. McKay, as Administratrix, etc., of John E. McKay, Deceased, and Others, Appellants.— Interlocutory judgment affirmed, with costs, with leave to the defendants to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concurred, except Merrell, J., who dissented; Lambert, J., not sitting.

The People of the State of New York ex rel. Samuel M. Welch, Respondent, v. Franklin E. Bard, Individually and as Treasurer of the County of Erie, and the County of Erie, Appellants.— Order affirmed, with costs. All concurred.

Fred Gleason, Appellant, v. John L. Keenan, Respondent.— Judgment affirmed, with costs. All concurred.

In the Matter of the Judicial Settlement of the Accounts of William H. Stewart, as Administrator, etc., of Lucy A. Williams Stewart, Deceased, Appellant. Burt A. Prince and Eva M. Holmes, Respondents.—Decree modified by reducing the amount thereby directed to be paid by the administrator to the husband and next of kin of intestate from the sum of $441.30 to the sum of $371.30, and as so modified affirmed, without costs of this appeal to either party. Held, that the administrator was entitled to the allowance as a payment of debts of intestate payable from the assets of her estate of the sum of $70 paid by him upon the account of Guy B. Crandall, that being, as appears by the verified claim of that creditor as filed, the amount of moneys loaned by him to intestate in her lifetime. All concurred.

Bert Wiley, Respondent, v. The Solvay Process Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Foote, J., who dissented upon the ground that the evidence shows that larger nails might have served the same purpose as a punch, and there was no proof that larger nails were not available as a part of the plant; Merrell, J., not sitting.

James D. Armstrong, Respondent, v. Minetto-Meriden Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the plaintiff was guilty of contributory negligence as matter of law. All concurred, except Kruse, P. J., who dissented.

Salvatore Barbieri, Respondent, v. Rochester Vulcanite Pavement Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Earl C. Huffman, Plaintiff, v. The People of the State of New York and Others, Defendants, Impleaded with Lawrence Cement Company, Appellant, and William F. Scott and Others, Respondents.— Judgment affirmed, with costs. All concurred; Merrell, J., not sitting.